**305  BABBITT vs. CIRCUIT JUDGE** (Washtenaw), No. 15587½.

To compel the transfer of a cause from the Wayne Circuit to the Washtenaw Circuit, upon a showing that the wife of one of the judges of the Wayne Circuit Court was an interested party.

Order to show cause denied May 5, 1896.

**306  BUTLER vs. CIRCUIT JUDGE** (Wayne), 41 M., 654.

To vacate an order removing a cause commenced in the Wayne Circuit by relator, a resident of Macomb County, against a resident of the City of Detroit, to the Superior Court of Detroit.

Denied October 14, 1879.

**307  CALLAGHAN vs. SUPERIOR COURT JUDGE** (Detroit), 59 M., 610.

To vacate an order remanding a case to the Circuit Court for the County of Wayne.

Granted February 10, 1886, on the ground that Act No. 62, Laws of 1885, providing for the transfer of causes to the Wayne Circuit Court is unconstitutional.